Rory C. Leisinger (SBN 277476)
**LEISINGER LAW, LLP**
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: (626) 290-2868
rory@leisingerlaw.com
*Attorneys for Plaintiff,*
LINDA WEIER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WEIER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JH PORTFOLIO DEBT EQUITIES LLC, and CREDIT CONTROL, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant(s). | Case No.: 1:16-cv-00539-LJO-JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiff LINDA WEIER hereby requests that the Court dismiss the above-entitled matter, with prejudice.

　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　**LEISINGER LAW, LLP**

Dated:  June 7, 2016　　　　By: */s/ Rory C. Leisinger*
　　　　　　　　　　　　　　　Rory C. Leisinger (SBN 277476)
　　　　　　　　　　　　　　　118 N. Citrus Ave, Suite B
　　　　　　　　　　　　　　　Covina, CA 91723
　　　　　　　　　　　　　　　Tel: (626) 290-2868
　　　　　　　　　　　　　　　rory@leisingerlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff,*
*Linda Weier*